IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01111-PSF-PAC

STEVE SILVER; and
JANICE SILVER,

     Plaintiffs,

v.

RADIANCE MEDSPA FRANCHISE GROUP, PLLC,
an Arizona Professional Limited Liability Company,

     Defendant.

---

## ORDER GRANTING MOTION TO FILE PAPER COPIES OF EXHIBITS

---

     Plaintiffs' Unopposed Motion for Leave to File Exhibits E and J In Paper Format (Dkt. # 10) is GRANTED.  Plaintiffs may file Exhibits E and J to their Response In Opposition to Defendant's Motion to Dismiss in paper format.

     IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers in the proper format</u> will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

     DATED: July 11, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge