IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01111-PSF-PAC

STEVE SILVER; and
JANICE SILVER,

    Plaintiffs,

v.

RADIANCE MEDSPA FRANCHISE GROUP, PLLC,
an Arizona Professional Limited Liability Company,

    Defendant.

_____

## ORDER
_____

    Plaintiffs' Unopposed Motion for Leave to File Surreply (Dkt. # 18) is GRANTED.

It is therefore

    ORDERED that the Surreply filed on August 16, 2006, is hereby ACCEPTED for filing.

    DATED: August 17, 2006.

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge