IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01111-PSF-PAC

STEVE SILVER; and
JANICE SILVER,

    Plaintiffs,

v.

RADIANCE MEDSPA FRANCHISE GROUP, PLLC,
an Arizona Professional Limited Liability Company,

    Defendant.

## ORDER ON JOINT MOTION OF PARTIES FOR
## TEMPORARY STAY OF PROCEEDINGS

    This matter is before the Court on the parties' Joint Motion for Temporary Stay of Proceedings (Dkt. # 23) filed December 28, 2006. For the reasons set forth below, this motion is DENIED.

    By Order entered October 11. 2006 , this Court granted in part and denied in part defendant's Motion to Dismiss or Alternatively to Stay or Transfer the Case to Arizona (Dkt. # 6). The Court denied the request to dismiss this case and the request to transfer the case to the District of Arizona, but ordered that it be stayed pending the bringing by either side of a proceeding in Arizona to compel arbitration in that state. The Order further stated that if neither side commences an arbitration proceeding in Arizona within twenty (20) days from the date of this Order, this case shall be

reactivated.  The Court also directed the Clerk of the Court to administratively close this case pursuant to D.C.COLO.LCivR 41.2 subject to reopening for cause.

The present motion does not seek to reopen the case, nor does it state cause for the reopening of the case, but rather seeks a "stay" of all proceedings "to and until October 10, 2007" subject to the parties right to move to reopen the case at an earlier date, for purposes of dismissal or further adjudication. (Motion at 2).  In the Court's view, the present motion does not seek any meaningful relief, or any change in the *status quo* of this case.  The parties have the right to seek to reopen when and if they demonstrate good cause to do so.  It does not appear that an arbitration proceeding has been commenced in Arizona, yet it does appear that the parties have agreed to a confidential settlement of the suit (Motion at 1).  If the involvement of this Court is needed to enforce a settlement the parties may seek leave to have it do so.  But until there is a meaningful request for relief, this case shall remain administratively closed and no further stay order need be entered.

DATED:  January 16, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

2